UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                              Criminal No. 03-cr-202-JD

<u>Laurie Bohan</u>


                                <u>O R D E R</u>


    By letter dated October 3, 2005, the defendant claims that she was denied entry into the 500 Hour Residential Drug Program because she arrived one day after the program began.  She claims that her request to the program director to be admitted to the program was denied.

    The court requested the Probation Department to review this matter.  The Probation Department contacted the director of Substance Abuse Services at FCI Danbury who indicated that the defendant was not deemed ineligible for the program due to her day of arrival at the facility and furthermore that the defendant actually declined a referral by prison staff for participation in the residential drug program.  Had the defendant participated in and successfully completed the residential component of the drug treatment program, she would not have been eligible for early release in January 2006 due to a program requirement that she receive a minimum of five months after-care services in a halfway house setting prior to her release from custody.  Therefore, the

defendant's statement to this court was inaccurate.  The earliest possible date that the defendant will be eligible for release from custody with or without successful completion of the program is June 29, 2006.

    The court will take no further action on this matter.

    SO ORDERED.

                                      Joseph A. DiClerico, Jr.
                                    United States District Judge

December 2, 2005

cc:   Laurie Bohan, pro se
      U.S. Attorney
      U.S. Probation
      U.S. Marshal